# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | (212) 885-5154 |
| *Fax:* | (917) 332-3737 |
| *Email:* | john.kessler@blankrome.com |

> The requests are granted. Defendants shall respond to the Complaint no later than **September 18, 2023**. The Initial Pretrial Conference, previously-scheduled for August 16, 2023, is hereby adjourned to **September 27, 2023** at 10:30 a.m.
>
> Dated: July 12, 2023
> New York, New York
>
> SO ORDERED
>
> *(signature)*
> JENNIFER L. ROCHON
> United States District Judge

July 11, 2023

**VIA ECF AND REGULAR MAIL**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      Re:   *Manny Pastreich, et al. v. Aecom Special Mission Services Inc. et al.*,
            Case No. 1:23-cv-03876-JLR

Dear Judge Rochon:

     The undersigned represents Defendants in the above-referenced matter and submits this letter motion pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice requesting a 60-day extension of time to respond to the Complaint, and to adjourn the Initial Pretrial Conference scheduled for August 16, 2023.

     The current deadline for Defendants' response to the Complaint is July 19, 2023. (ECF Doc. 5.) The Initial Pretrial Conference is currently scheduled for August 16, 2023 at 10:30 a.m. (ECF Doc. 6.)

     The requested 60-day extension will make Defendant's response to the Complaint due September 18, 2023. The parties have conferred and are mutually agreeable to reschedule the Initial Pretrial Conference for September 20, 2023, September 27, 2023, or October 4, 2023 at a time of the Court's convenience.[1]

     The purpose of the requested extension and adjournment is to give the parties additional time to work towards a settlement of this matter.

     The Court previously so-ordered the parties' stipulation extending Defendants' deadline to respond to the Complaint for July 19, 2023. There have been no other requests for adjournment

---

[1] The parties will file a proposed Civil Case Management Plan and Scheduling Order and the joint letter required by Rule 1(D) within seven calendar days before the conference date scheduled by the Court.

BLANKROME

Hon. Jennifer L. Rochon, U.S.D.J.
July 11, 2023
Page 2

or extensions of time.  The requested extension and adjournment do not affect any other scheduled dates.

        Respectfully submitted,

        */s/ John C. Kessler*

        John C. Kessler

cc:     All Counsel (via ECF)