UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND; MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEESS OF THE BUILDING SERVICES 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS FUND; BUILDING SERVICE 32BJ HEALTH FUND, and BUILDING SERVICES 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS FUND, <br><br> *Plaintiffs*, <br> -against- <br><br> AECOM SPECIAL MISSION SERVICES INC. and AMENTUM SERVICES INC. <br><br> *Defendants*. | Case No. 1:23-cv-03876-JLR <br><br> Stipulation of Dismissal |

IT IS STIPULATED, by all parties to this action, through their counsel of record:

1. All claims presented by the plaintiff in this action shall be dismissed without prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or her or its own costs and attorney's fees.

Dated: January 8, 2024

Raab, Sturm & Ganchrow, LLP

By: Ira A. Sturm
Attorneys for Plaintiffs
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
201-292-0150

Bank Rome LLP

By: John Conners Kessler
Attorneys for Defendant
1271 Avenue of the Americas
New York, New York 10020
212-885-5000